# Commonwealth of Massachusetts

| | |
|---|---|
| Commonwealth | Dedham District Court |
| v. | Case No. 2554CR000465 |
| Hamid Ardaneh | Date 07/11/2025 |

| | |
|---|---|
| Hamidreza Ardaneh | United States District Court |
| v. | Case No. 25-cv-11424-PGL |
| Norfolk District Attorney, et al. | Date 07/11/2025 |

## Motion for Substantive Injunction Relief

Now comes the Defendant PRO-SE and Respectfully moves this Honorable Courts for Substantive injunction Relief to stop injustice, to stop kidnapping the Defendant by using Powers of the State Government, to stop making Recklessly, intentionally, and knowingly false Accusations, to Stop Keeping the factual innocence Person in Jail and using all Powers of the Massachusetts State Government to attacking him, using all kinds of tortures, and sexual harassment on him, when the Courts, and the Judges have knowledge the Police show up without 911 call and made up the knowingly false charges, and complaint, and Allegedly claiming for the crime under Review of the cameras of the HYP studio, and hiding, and destroyed the Exculpatory video Evidence of the Surveillance location, to unlawfully arrested the factual innocence Defendant, to kidnapped him for the state Government to using tortures and sexual harassments on him, to forcing him to accept muslim Religion, to be gay, to love men, and towership the Evil.

1 of 3

# Questions

1. If I am innocence to Prove guilty and there is no any evidence to show any crime was committed why is 4 months I am in the Jail?

2. What kind of the Due Process and investigation is in the Massachusetts when the Police saw the video of the cameras of the Surveillance location, saw did not committed any crime by the Defendant, but because Racial hate decided to hiding the Exculpatory evidence of the Surveillance location to unlawfully arrested and kidnapped the factual innocence Defendant?

3. When the Commonwealth claiming crime committed under Review of the Camera, and hiding the video of the Surveillance location can show Real crime was committed or showing accusations are false, and the Commonwealth hiding facts?

4. any Statement or testimony claiming for crime under Review of the Cameras, if not supported by the video of the Surveillance location can be trustworthy, making Probable Cause or Are false Accusations?

5. If I have a freedom of Religion why is 10 years the Massachusetts State Government want to forcing me to accept muslim Religion and what benefit they looking for?

6. Why 10 years the Massachusetts State Government attacking me by Staff and Prisoners, to forcing me be violent Person and what benefit they looking for?

7. Why I am kidnapped and I am under tortures and sexual harassment, no Rights to Counsel, no fundamental Rights, no Constitutional Rights, no Civil Rights, and no Human Rights for me, and no Judge can Protect my Rights, life, and liberty?

8- Is that true the Judge has duty to Protecting the Defendant's fundamental Rights, his Rights to Counsel, his Due Process Rights to a fair trial, and when the Government made a lot Violations of Due Process, and destroyed the most important Exulpatory video Evidence of the Surveillance location which is clearly showing and Proving the accusations are false, did not committed any crime by the Defendant, and he is factual innocence, the Judge must Dismiss the knowingly false Complaint?

9- Is that true the Prosecution has duty to do investigation to find facts, and when the Defendant Requested to the Police, to the Prosecution, to the Court for his Exculpatory video evidence of the Surveillance location, and the Police on Purpose not Disclosed the Exculpatory video evidence and destroyed to hiding the Defendant is a factual innocence, the Prosecution has duty to advise to the Court for Dismissal, specially when the Commonwealth did not Presented any evidence to show any crime was committed? The Court must Allowed this motion to stop kidnapping, torturing, and forcing to the Defendant to be gay, to love men, to worship the Evil, and forcing him to accept muslim Religion.

Signed Pursuant to 28 USC 1746 under Penalty of Perjury under the laws of the U.S.A. that the foregoing is true and correct.

Respectfully Submitted
By PRO-SE Attorney
Date 07,11,2025     Hamidreza Ardaneh